**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Richard Allen SMITH, Jr., a/k/a Smitty,
Defendant—Appellant.**

**No. 09–8091.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 2, 2010.

Decided: Oct. 8, 2010.

Richard Allen Smith, Jr., Appellant Pro Se. Stephen Donald Warner, Assistant United States Attorney, Elkins, West Virginia, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Allen Smith, Jr., appeals the district court's "Order Reducing Term of Imprisonment as a Result of Amended Guideline Range Pursuant to [*U.S. Sentencing Guidelines Manual* § ] 1B1.10 [ (2008) ]." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 2:00–cr–00007–FPS–JES–1 (N.D.W.Va. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*